UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP 22 PM 3: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)   CR. No.  05-20302-Ma
vs. )
)
RUBIN BAUGH )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have RUBIN BAUGH, R&I# 19597, DOB: 11/07/1955, now being detained in the Shelby County Corrections Center appear before the Honorable Diane K. Vescovo for Monday, September 26, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 22 day of September, 2005.

_____
E. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY CORRECTIONS CENTER, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have RUBIN BAUGH, R&I# 19597, DOB: 11/07/1955, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 22nd day of September, 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-23-05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20302 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT