IN THE UNITED STATES DISTRICT COURT FILED BY  D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 SEP 26 PM 4:50

UNITED STATES OF AMERICA

vs.                                            CR. NO. 05-20302 Ma P

Rubin Baugh
**Defendant**

===================================================================
ORDER ON ARRAIGNMENT
===================================================================

This cause came on to be heard on Sept 26, 2005. The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

Name  Randy Alden (FPD)
       (retained)(appointed)

Address _____

_____

Telephone _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a district judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
United States Magistrate Judge

Charge(s): _____

_____

Assistant U. S. Attorney: _____
Defendant's Age: 79
Rule 32 (was) (was not) waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-27-05

8

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20302 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT