IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 28 PM 4: 53

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 05-20302-Ma

RUBIN BAUGH,

   Defendant.

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING
AND ORDER EXCLUDING TIME

Before the court is the November 23, 2005, motion by Rubin Baugh, to reset the hearing on the motion to suppress which was set on December 28, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Thursday, January 12, 2006, at 2:30 p.m.**

The trial date is reset to February 6, 2006, at 9:30 a.m. with a report date of January 27, 2006, at 2:00 p.m.

The period from January 13, 2006, through February 27, 2006, is excludable under 18 U.S.C. § 3161(h)(1)(F) to allow for resolution of the pending motion.

**IT IS SO ORDERED** this the 28th day of November, 2006.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-30-05

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20302 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT