IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY eg D.C.

05 DEC 13 PM 5:06

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

VS                                              CR. NO. 05-20302-Ma

RUBIN BAUGH,

   Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

Before the court is defendant's December 8, 2005, motion to continue the report date which is currently set on December 23, 2005. The continuance is necessary to allow for resolution of the pending motion. For good cause shown, the motion is granted.

The trial date is continued to February 6, 2005, at 9:30 a.m. with a report date of January 12, 2006, at 2:30 p.m.

The period from January 13, 2006, through February 17, 2006, is excludable under 18 U.S.C. § 3161(h)(1)(F) to allow for resolution of the pending motion.

**IT IS SO ORDERED** this the 12th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-15-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20302 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT